**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Geokinetics USA, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER EXTENDING TEMPORARY** |
| | ) | **RESTRAINING ORDER** |
| vs. | ) | |
| | ) | |
| Wayne H. Marmon and | ) | |
| Brenda B. Marmon, | ) | Case No. 4:08-cv-104 |
| | ) | |
| Defendants. | ) | |

On December 3, 2008, the Court granted the Plaintiff's request for a temporary restraining order against the Defendants. See Docket No. 4. Under Rule 65 of the Federal Rules of Civil Procedure, a temporary restraining order may not exceed ten days unless, within the time fixed, the order is extended for good cause shown. Fed. R. Civ. P. 65(b)(2). Upon a showing of good cause, a temporary restraining order may be extended an additional ten (10) days. Fed. R. Civ. P. 65(b)(2).

The parties are currently engaged in settlement negotiations which they expect will resolve the matter. The Court finds that extending the temporary restraining order will afford the parties the opportunity to resolve this dispute and that "good cause" exists to do so. In addition, both parties have agreed that an extension of the temporary restraining order is warranted under the circumstances. As a result, the Court **ORDERS** that the temporary restraining order against the Defendants shall be extended until Monday, December 29, 2008. The Court **CANCELS** the show cause hearing scheduled for December 11, 2008. A show cause hearing, if necessary, will be scheduled at a later date.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court